**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

SALLY ANN ALEXANDER,

    Plaintiff,

v.                                              Case No.: 05-73161
                                                HONORABLE VICTORIA A. ROBERTS

WILLIAM R. HUFFMAN,

    Defendant.
_____

**ORDER GRANTING DEFENDANT'S MOTION
TO DISMISS ACTION**

Plaintiff Sally Alexander brings this *pro se* action against William R. Huffman. Based upon the information provided by Plaintiff in her pleadings, this Court **DISMISSES** Plaintiff's Complaint for lack of subject matter jurisdiction and for failure to state a claim upon which relief can be granted.

The Court recognizes that *pro se* complaints, such as Plaintiff's, are to be liberally construed and "must be held to less stringent standards than formal pleadings drafted by lawyers." *Estelle v. Gamble*, 429 U.S. 97, 106 (1976)(citation omitted). However, even with a generous reading of the allegations in Plaintiff's complaint, the Court is unable to discern any claims with a rational or arguable basis in law.

Plaintiff primarily seeks to bring claims against the Defendant arising from

judgment entered against her in the Wayne County Circuit Court in Detroit, Michigan, Case No. 04-405575, and in favor of South Shore Bank of Chicago for foreclosure. The Defendant represented South Shore Bank of Chicago. However, the Plaintiff fails to articulate any cognizable claim under federal or state law.

Based on the foregoing, the Court **DISMISSES** the Plaintiff's Complaint for lack of subject matter jurisdiction, pursuant to Federal Rule of Civil Procedure 12(h)(3), and for failure to state a claim upon which relief can be granted, pursuant to Federal Rule of Civil Procedure 12(b)(6).

**IT IS SO ORDERED.**

s/Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: September 8, 2005

> The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on September 8, 2005.
>
> s/Linda Vertriest
> Deputy Clerk